**WILFRED J. MEGIN *v.* ZONING BOARD OF APPEALS OF THE TOWN OF NEW MILFORD**

The plaintiff's petition for certification for appeal from the Appellate Court, 106 Conn. App. 602 (AC 27947), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Max F. Brunswick*, in support of the petition.

*Scott R. McCarthy*, in opposition.

Decided September 5, 2008

**IAN WRIGHT *v.* COMMISSIONER OF CORRECTION**

The petitioner Ian Wright's petition for certification for appeal from the Appellate Court, 106 Conn. App. 342 (AC 27956), is denied.

*Christopher Y. Duby*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided September 5, 2008